DAUGHERTY *v.* TENNESSEE.

No. 1435, Misc.   Decided June 6, 1966.

Appellant *pro se.*

*George F. McCanless,* Attorney General of Tennessee, and *Thomas E. Fox,* Assistant Attorney General, for appellee.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

JENKINS *v.* BIRZGALIS, STATE HOSPITAL SUPERINTENDENT, ET AL.

No. 1495, Misc.   Decided June 6, 1966.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.